1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

IN RE:

Michael Tillman Grant

DEBTOR

CASE NO. 14-27546-C-13C
CHAPTER 13

JUDGE CHRISTOPHER M. KLEIN

**NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, David P. Cusick, Trustee files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full. The Debtor has completed all payments under the Plan.

**Name of Creditor:** JP MORGAN CHASE BANK NA

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 3 | 9143 | $394.95 | $394.95 | $394.95 |
| Total Amount Paid by Trustee | | | | $394.95 |

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

Date: December 11, 2019

David P. Cusick, Trustee
Chapter 13 Trustee